# Exhibit A



June 24, 2022

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Flagstar Bancorp, Inc.
Flagstar Bank, FSB
c/o CSC-Lawyers Incorporating
2900 West Road Ste 500
East Lansing, Michigan 48823

Re:     **California Consumer Privacy Act Demand, Cal. Civ. Code § 1798.150**
        **On Behalf of Thomas Cowan and All Others Similarly Situated**

Dear Madam or Sir:

Please be advised that this firm, along with our co-counsel, Barnow and Associates, P.C. represents Thomas Cowan ("Plaintiff"), in connection with potential claims against The Flagstar Bancorp, Inc. and Flagstar Bank, FSB (collectively, "Flagstar").

This notice is being sent to you pursuant to California Civil Code Section 1798.150(b). Plaintiff will potentially bring claims for violations of the California Consumer Privacy Act, Cal. Civ. Code § 1798.100, *et seq.* (the "CCPA"). In particular, Plaintiff alleges that Flagstar violated the CCPA by, *inter alia*, subjecting Plaintiff's and all similarly situated persons' personal information to unauthorized access and exfiltration, theft, or disclosure as a result of your violation of your duty to implement and maintain reasonable security procedures and practices appropriate to the nature and protection of that information in relation to the data breach occurring between December 3, 2021, and December 4, 2021, in violation of California Civil Code section 1798.150(a).

Plaintiff will assert claims, on behalf of himself and all others similarly situated, for injunctive relief, but Plaintiff will include claims for actual damages, statutory damages, punitive damages, and all other damages permitted under the CCPA unless appropriate correction, repair, or other remedy is given, or agreed to be given within thirty (30) days after receipt of this notice pursuant to California Civil Code Section 1798.150(b).

Additionally, pursuant to California Civil Code sections 1798.100(a), 1798.110(a), 1798.115, and 1798.130(a)(2), Plaintiff requests that you provide the following information regarding Plaintiff within 45 days of receipt of this letter:

Flagstar Bancorp, Inc.
Flagstar Bank, FSB
c/o CSC-Lawyers Incorporating
2900 West Road Ste 500
East Lansing, Michigan 48823
Page 2

(1)     the categories of personal information you collected, sold, or disclosed to third parties for any business purpose;

(2)     the categories of sources from which the personal information is collected;

(3)     the business or commercial purpose for collecting or selling personal information;

(4)     the categories of third parties with whom the business shares personal information; and

(5)     the specific pieces of personal information it has collected about Plaintiff.

Failure to provide such disclosures will result in a separate actionable violation of the CCPA. Plaintiff reserves all rights to bring such claims at the appropriate time.

Sincerely,

AHDOOT & WOLFSON, PC

Andrew Ferich